**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JANE DOE | : | |
| | : | CIVIL ACTION - LAW |
| Plaintiff, | : | |
| | : | NO.: |
| vs. | : | |
| | : | JURY TRIAL DEMANDED |
| NORTHERN NURSERIES OF PENNSYLVANIA, INC. t/a and/or d/b/a NORTHERN NURSERIES | : | |
| | : | |
| Defendant. | | |

## CIVIL ACTION - COMPLAINT

Plaintiff, JANE DOE, through her undersigned counsel, Eleanor M. Breslin, Esquire, hereby brings this Complaint against Defendant, NORTHERN NURSERIES, and in support thereof avers as follows:

## PARTIES

1. Plaintiff, JANE DOE, is an adult individual and a resident of Northampton County, Pennsylvania.

2. Defendant, NORTHERN NURSERIES OF PENNSYLVANIA, INC., t/a and/ or d/b/a NORTHERN NUSERIES is a private corporation with headquarters located at 546 Halfway House Road, Windsor Locks, CT 06096 and with a business location of 6525 Sullivan Trail, Wind Gap, Northampton County, Pennsylvania.

## JURISDICTION AND VENUE

3. This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331 because Plaintiff's claims arise under federal law, namely the Civil Rights Act of 1964, 42 U.S.C. § 2000 *et seq.*

4. Venue is proper in this District under 28 U.S.C. §1391(b) and 29 U.S.C. §1132(e) because the unlawful practices alleged below occurred in this District and because all parties are found in this District.

## JURY TRIAL DEMAND

5. Plaintiff hereby demands a trial by jury of all matters complained of.

## ADMINISTRATIVE EXHAUSTION

6. Plaintiff duly filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC") on March 6, 2026.

7. On October 14, 2026, undersigned counsel requested the EEOC close its investigation and issue a Notice of Right to Sue letter, which has not yet been received.

## FACTUAL ALLEGATIONS

8. During the term of her employment commencing in or about 2016, Plaintiff was required to work closely with Justin Beery, Yard Manager.

9. During the term of her employment, Mr. Beery was at times Plaintiff's direct report and at other times her supervisor.

10. Before and after Mr. Beery's promotion, Plaintiff was exposed to a sexually harassing and hostile work environment due to Mr. Beery's behaviors and conduct both during work and outside of work hours.

11. On one occasion, Mr. Beery asked Plaintiff to come outside to look at something in the work yard and forcefully kissed her without her consent behind a stack of pallets of stone.

12. Mr. Beery also asked Plaintiff to come into the front barn of the location to look at signs, and again forcefully kissed her without her consent.

13. On February 7, 2018, Mr. Beery emailed Plaintiff a heart symbol. A copy of the referenced email is pasted below and marked as Exhibit "A."

9:44 95%

Re: Techo $

February 7, 2018 8:17 AM

Justin Details

<3

*Sent from my Verizon Wireless 4G LTE DROID*

[redacted]- Wind Gap Northern Nurseries
<windgap@northernnurseries.com> wrote:

[redacted]
Office Supervisor
Northern Nurseries
Ph: (610) 863-6006
Fax: (610) 863-6384

Exhibit "A" dated February 7, 2018. (Redacted.)

14. On February 24, 2020, Mr. Beery emailed Plaintiff an inappropriate response to a request from her to discuss work matters. A copy of the referenced email is pasted below and marked as Exhibit "B."

1:52 24 4G 80%

RE: MEETING

February 24, 2020 1:28 PM

Justin Beery Details

I really liked the first part of this email, the second part got a little more boring.
Yes give me one second

**From:** Wind Gap Northern Nurseries <windgap@northernnurseries.com>
**Sent:** Monday, February 24, 2020 1:28 PM
**To:** Justin Beery <jbeery@northernnurseries.com>
**Subject:** MEETING

Could you meet me in the back room a quick second?
Need to fill you in on this morning's events.

[redacted]
Office Manager
Ph: (610) 863-6006

Instagram

Reply Reply all Forward Delete

Exhibit "B" dated February 24, 2020. (Redacted.)

15. Mr. Beery has texted Plaintiff late at night asking for pictures of her feet in order to masturbate, both from his work phone and his personal phone.

16. On another occasion, on February 4, 2021, Mr. Beery texted Plaintiff making comments stating "And i'm not just saying that because your butt/legs looked amazing leaning over the counter to talk to pen Argyl. Thank god for the blank leggings." A copy of the referenced text message is pasted below and marked as Exhibit "C."




17. On another occasion, Mr. Beery was standing at Plaintiff's desk and proceeded to measure

her hip to the floor, then drew a bullseye on his desk with a Sharpie and an X on each side of the shelves of his head, telling Plaintiff that it was where she was to sit so he could perform oral sex on her.

18. Mr. Beery left Plaintiff approximately fifty (50) explicit and inappropriate notes and cards.

19. Ranging from on or around September 28, 2023 through December 6, 2023, Mr. Beery left Plaintiff a series of notes entitled "Words you are not yet ready to hear" in which he details his personal feelings towards Plaintiff and explicit sexual fantasies and language. Copies of the referenced notes are pasted below and marked as Exhibits "D" through "M."

Words you are not
yet ready to hear...
Volume 1"

The touch of your lips is an
intoxication I never knew I was
addicted to until I got to experience
their euphoric vigor. But sadly
now the ecstasy has fleeted and
withdrawl has since ensued.
The lascivious insatiable physical need to
taste your lips once more (Hopefully many more) is
surpassed only by the desire to
develope our emotional connection
so it can flourish + blossom into
what I know it should be...
... the pot of gold at the end
of this rainbow I've been
chasing for years

Exhibit "D"

Words you are not yet
ready to hear
Volume #2

9/28/23
This morning you handed me a heel
asking for me to cut the security device
off. The next time you hand me
a heel it better be for me to put
it on you or to put it away
because you just took them off to
either fuck you in them or to put
them away to massage, lick, kiss
and fuck your feet.

Exhibit "E" dated September 28, 2023.

Words you are not yet
ready to Hear
Volume #3

Hello... its me... 10/6/23

Sorry that was my best Adele
impersonation.

Despite working on keeping a happier
demeanor I am struggling. I felt like
I was so close for a little while
but since feel like any chance of having you
has vanished from my grasp just like
morning fog burning off from the
rising sun. Like trying to hold
water in an open hand.
For what once felt like I was starting
to live in a dream now feels
like a reality beyond reach.

Exhibit “F” dated October 6, 2023.

Words you are not
yet ready to hear

Volume #5

10/14

Holy.... moly, those
pants, that ass...
I want to touch it
with my hands.
and my face

Exhibit "G" dated October 14, 2023.

Words you are not yet
ready to hear... "
volume #6

10/16/23

A sea of whiskey
couldn't intoxicate me as
much as a drop of you♥

Exhibit "H" dated October 16, 2023.

Words you are not
yet ready to hear....
Volume #7

10/18/23

I ~~want~~ need those damn
thighs wrapped, squeezing and
shaking around my head.....

Now

I want to pull your chair out,
drop down to my knees then
rub squeeze and kiss them, so badly
do I want to. Taking everthing in
me to not act on it. Only thing
holding me back is knowing it
wouldn't be received well.

♡

Exhibit "I" dated October 18, 2023.

Words you are not yet
ready to hear...
Volume #8

---

10/30/23

Please Know that even though I force
myself to not message you my eyes
still burn when they do not get
to see you for too many hours. I
still miss you like crazy the second
we depart. I' still, if not more than
ever want to hear everything you have
to say all day long everyday.

Exhibit "J" dated October 30, 2023.

Words you are not yet
ready to hear
Volume #9

11/6/23

You are so good at your job,
Your work ethic and attention
to detail are very endearing.

Exhibit "K" dated November 6, 2023.

Words you are not yet
ready to hear
Volume #10

---

11/11/23

Its saturday before I have
to suffer for 92 hours of
not seeing you and...
I miss your face already :(

Exhibit "L" dated November 11, 2023.

Words you are not yet
ready to here...
Volume #11 AND #12

#11

→ or confidential erotic activities
I want to be participating in with you.
Or me thinking (fantasizing really) about
you possibly loving, needing, wanting me
even half as much as I do you.
These are a huge majority of the
thoughts that I am thinking about
when I am able to recognize
myself feeling happiness. But
last night I realized something different,
As I was driving home last night
it started to Plurry.
My brain immediately subconsciously
starts sorting through a lifetime
of memories and experiences...
(next card)

12/6/23

I found something last night driving
home from the gym. Well not so much
found something, more so figured something
out that I pretty much already knew,
but was able to register in my head
a little clearer. Having embarked on this whole
new "find happiness journey blah blah blah", I've
found myself getting caught up thinking about
negative thoughts, experiences and possibilities
a lot more, I am guessing trying to process
and work through them, BUT last night
I found myself smiling, just thinking... and
smiling. Most of the time when
this happens its attributed to
me thinking of your body,

Words you are not yet
ready to here...
volume #11 AND #12

12 ... I have had involving snow. And in those nano seconds of sorting out memories of sledding as a young child, playing football in the snow and all of the beauty snow has to offer... my brain impulses landed on a much more recent memory to flood my thoughts with. In that moment of seeing some snow flurries all I could think about was the other day just last week when we were falling and then you saw it was flurrying and you turned to me with just the most pure, perfect and angelic smile I have ever seen. It was just so radiant and genuine. It honestly made me weak at the knees and made my heart skip a beat.

It was a glimpse into the true you, your genuine happiness. It was in those quiet minutes smiling alone in my truck that I realized just how much your happiness really means to me. There have been a handfull of other instances where I've been fortunate enough to see that real smile over the years. Each time more magical and meaningfull than the last. I really hope I get see and experience that you more. the real you, not the professional at work you, not the we are both in different "relationships" you, but the true you, no walls or guards up

Exhibit "M" dated December 6, 2023.

20. On October 7, 2023, Mr. Beery left Plaintiff a note describing his personal feelings

towards her. A copy of the referenced note is pasted below and marked as Exhibit "N."

~~I guess as a follow up to yesterdays message....~~ 10/7/23

Please know, I am not just some fickle man

Know that even though my desperate attempts and overflowing affection have stopped they are still as strong as ever inside my head & heart.

I am doing all I can to keep them subdued to do what you've asked of me, and to try to keep you happy, as well as myself sane.

I've been pouring my heart out to you but now my glass is starting to empty and is not being refilled. I want to save what I have to give you until you can receive it with open arms (if you'd want it :)

My new found positivity →

1/1

Exhibit "N" dated October 7, 2023.

21. On January 12, 2023, Plaintiff sent Mr. Beery a work-related email, to which Mr. Beery again sent back an inappropriate response. A copy of the referenced email is pasted below and marked as Exhibit "O."



3:15 44°

89%

**Re: Alliance Outdoor Lighting, Inc.: Sales Order #SO88230**

JB

Justin Beery
Wind Gap Northern Nurseries

3:12 PM

Yea of course no worries, sorry I wasn't faster...wow never said that before

Get Outlook for iOS

**From:** Wind Gap Northern Nurseries <windgap@northernnurseries.com>
**Sent:** Thursday, January 12, 2023 3:10:12 PM
**To:** Justin Beery <jbeery@northernnurseries.com>
**Subject:** RE: Alliance Outdoor Lighting, Inc.: Sales Order #SO88230

Sorry, wasn't trying to be impatient but he called again yesterday and I wanted to tell them they are here as soon as possible.
I left a message.

**From:** Justin Beery <jbeery@northernnurseries.com>
**Sent:** Thursday, January 12, 2023 3:08 PM
**To:** Wind Gap Northern Nurseries

Reply

22. Mr. Beery bought Plaintiff a vibrator for Christmas in 2023 and placed it in her car.

23. He repeated this conduct and bought her two vibrators for Christmas in 2024, which he purchased from Amazon and placed in a box on her desk.

24. In addition, Mr. Beery also gifted Plaintiff flowers. A picture of the referenced flowers is pasted below and marked as Exhibit "P."



25. Mr. Beery also gifted Plaintiff an edible arrangement with a note that reads "I'm an ass xoxo.". A picture of the referenced Edible Arrangement note is pasted below and marked as Exhibit "Q."



26. Plaintiff was also gifted by Mr. Beery five bottles of alcohol with personalized notes attached to each. Pictures of the referenced alcohol bottle and accompanying note are pasted below and marked as Exhibits "R" through "V."




Exhibit "R"




Exhibit "S"




Exhibit “T”


I got you this one
because...
They say tequila makes
your clothes come off
and the thought of you
naked makes me want
to touch myself

Exhibit "U"




Exhibit "V"

27. In addition to the notes referenced above, Mr. Beery routinely left little notes and messages for Plaintiff. Copies of the referenced notes are pasted below and marked as Exhibits "W" through "BB."


One for the pot of
gold at the end of
the rainbow I have
Luca+Danni
EMBRACE THE JOURNEY
been chasing...
And one for her sister
Luca+Danni
EMBRACE THE JOURNEY

Exhibit “W”




Exhibit "X"




Exhibit "Y"




Exhibit “Z”




Exhibit “AA”




Exhibit “BB”

28. Mr. Beery also gave to Plaintiff multiple printed and handwritten cards containing crude language and personal feelings. Copies of the referenced cards are pasted below and marked as Exhibits “CC” through “OO.”


YOU'RE LIKE THE
RED, LACY THONG
IN A DRAWER FULL
OF GRANNY PANTIES.

Exhibit "CC"




Exhibit “DD”

[redacted]

# HERE'S TO AGING GRAPEFULLY!

I hope you have an amazing day, you
deserve it! Can't wait to hear how much
shenanigating and fun you'll have
at the concert and with what ever
your friends have in store for Sunday. You truly
are one of a kind, one and only. Time has
seem to forget about you as your beauty,
elegance and benevolence only seem
blossom more and more with each passing day.

↑ thats Beauty not Booty!

Passionately,
Justin

Exhibit "EE" (Redacted.)

Happy Day-After-Your-Birthday!

I've always hated the day after my birthday, all the build up and nothing good happens and then its just over. So I just wanted to remind you that you are valued, loved, desired, worshipped, appreciated, admired, cherished and treasured every day of the day of the year not just any one day

Unconditionally,
Justin

Exhibit "FF"

You've found me, the
secret message in a bottle.
I am just here to tell you
that regardless of what
the future has in store
for you and I ... whether
the stars align allowing
me to be lucky enough for
you to become my everything
or even if life tragically
tears us apart... I need
you to know that I
will always have Love
for you... for whatever
that's worth.

Exhibit "GG"



[redacted]

Thinking
happy thoughts of
you
today.

Happy "I care about you day"!
because well ... I care about you
truly, madly, deeply
-Justin

Exhibit "HH" (Redacted.)

[redacted]

NO ONE'S MORE FUN THAN YOU.

Happy International Women's Day!

Thank you for being such beautiful woman inside and out. Being a woman is incredibly difficult at times but you do it so gorgeously and with such grace.

-Justin

P.S. ...... Its also "Be Nasty Day"

Just saying...

Exhibit "II" (Redacted.)

It's a shame
words good enough to describe you.
If there were, I would speak them everyday.
It's a shame there are no
paintings as pretty as you.
If there were, I would look at them all day
It's a shame there is nothing
as sweet as you.
If there were, I would eat it every day
I suppose that is what makes us
even luckier to have you, the
one and only.
I wish I could say more...

HOPE YOUR BIRTHDAY
IS AS FABULOUS AS YOU!

HAPPY BIRTHDAY!

-JB

Exhibit "JJ"

[redacted]

Have a birthday
that's every bit as beautiful
as you are.

I find it hard to find words to begin to describe how I feel about you; words just don't seem strong enough. Please just know you are strong, beautiful, appreciated and loved♥ I hope you have an amazing birthday and an even better year! You deserve the world

Always
-Justin

Exhibit "KK" (Redacted.)

[redacted]

Who doesn't like a little wiener
on Valentine's Day?

Inappropriate, I know but... oh well! haha

Happy Valentine's Day!

Get something that makes you feel good,
you deserve it!

- Justin

Exhibit "LL" (Redacted.)

[redacted]

YOUR BUTT iS JUST
AN ADDED BONUS.

HAPPY VALENTiNE'S DAY

Happy Valentines Day!

Always
-Justin

Exhibit “MM” (Redacted.)

Hi,

I have been trying desperately to find sometime
outside of work for us to meet up and
talk about life unintrupted. Since that time
has just not worked out I feel compelled to
give these notes to you now. I know some of
them are a bit risque and forward but
there is nothing that says "I am leaving
for you" at all simply because that is
not the reason. These are a quick glimpse
into some of my most inner thoughts
and emotions. as much as I want to
honor and abide by your wishes,
for myself, I feel like I can't keep these
hidden in a drawer trying to pretend
these thoughts and feelings don't exist
yet, when they have for a long time.
I am not asking you to read them
now if you dont want to

→ I'm not even saying you ever have to if you
don't want to. I just feel like I need to accept
these thoughts, and recognize I have my own feelings and
that its ok. I understand you may not want to
hear some (or all) of these just yet, but for
myself I couldn't keep these hidden away
any longer. I wholeheartedly want to honor
your wishes and try to not say anything
that would make you feel uncomfortable or
sad in anyway. So I will understand if you
choose to wait to read these or even
if you decide not to at all, thats fine
but I've learned the hard way about
keeping my emotions inside and not
fighting for what I want. I won't allow myself
to make the same mistake twice, I refuse
to leave things unsaid even if the
outcome should be the same. in the end.
Do I want more now... Yes, but dejectedly
I understand that its really not a possibility
despite the day dreams in my head. I do not
have any expectations other from sharing these
than to feel my thoughts have value.

Exhibit "NN"

[redacted]

I wanted to say this Friday when I came up to your desk for a second and just said "hi" but I wasn't able to find the words. I have been fighting with myself on holding back but I have to tell you; I will be devastated if you leave. Besides being beyond fucked at work, I will struggle without being able to see and talk to you day in and day out. But that said, I do not want to sway you in any way at all. not that I feel I am important enough to effect any of your life decisions but I just want to make sure you do what is best for YOU! Mentally, emotionally and financially. I don't want you to go but I will understand if you do and I would never think less of you for it.

Regardless of if you go or not I want you to know that I am proud of you. I am proud of all of the blood sweat & tears you have given Nathan. I am proud of the steps you have taken to provide the best life for Cooper, I am proud of the fact that you were brave enough to leave Nathan knowing you deserve better. I am proud that you are willing to step out of the comfort zone to even go on an interview if there is a chance of bettering yourself.

I am proud of how hard you have been working on your races and how well you have been doing ↗ with sticking to your diet and losing weight (you look great as always). I am proud of you for taking the time to do things for yourself. I am proud of the relationship you have blossomed with your sister. I am proud of all of the hardships you've worked through in your past and still being able to keep a positive outlook on the future and sharing that beautiful smile with the world. I am even proud of the mistakes you made by the way you've always rebound and learned from them.

In a not so lengthy summary just know...

- you are valued
- you are beautiful
- you are loved

...and I do.

And you are doing one hell of a job of kicking ass at this thing called life.

PS: I focused on personal stuff because that is what is truly important. From a work stand point it will be a bloody mess without you. You are invaluable

PSS: I am sorry for terrible handwriting and not having white out with me here!

Exhibit "OO" (Redacted.)

29. Furthermore, on one occasion while attending a work trip to Defendant's corporate location in Connecticut and after a company awards dinner and returning to a hotel conference room where employees were drinking, Mr. Beery sat next to Plaintiff, picked up her foot and placed it in his lap, took her shoe off and started to rub her foot while masturbating.

30. Plaintiff experienced trauma during childhood, and that due to her trauma from this experience, she was caused to freeze while it was happening and pretend that it did not occur.

31. Mr. Beery publicly stated his sexual desires for Plaintiff to other employees, including management.

32. Mr. Beery was extremely jealous of Plaintiff as she had dated another employee and former associate manager of the company for approximately six weeks.

33. Mr. Beery's conduct was observed and will be corroborated by both Plaintiff and Plaintiff's sister, [redacted], and aunt, [redacted], both of whom were employed by Defendant.

34. Plaintiff did not report Mr. Beery's conduct because of fear of retaliation and was well aware that it was Defendant's practice was to punish and retaliate against any employee that made a complaint about the workplace.

35. Plaintiff was in a particularly precarious situation, because, in addition to be employed by Defendant, she rented and resided in a home owned by Defendant.

36. In the summer of 2024, Plaintiff learned a coworker made a complaint about her and the work environment and that coworker was immediately terminated.

37. Defendant retaliated against Plaintiff for being named as an alleged "bad actor" in the coworker's complaint and prohibited Plaintiff from working overtime resulting in an annual pay reduction from $80,000.00 to $65,000.00.

38. Prior to the coworker's complaint, Defendant had never prohibited or capped overtime hours available to Plaintiff.

39. Immediately following the coworker's complaint against Plaintiff, Defendant increased Plaintiff's rent.

40. In the fall of 2024, the coworker presented a formal claim of discrimination against Defendant through an attorney.

41. Included in the claim was an allegation that Plaintiff had been involved romantically with several other male employees, which was untrue. As a part of an investigation into the coworker's claim against the company, Plaintiff was interviewed.

42. Despite the coworker's direct allegation and belief that Plaintiff had been involved in sexual relationships with several male employees, as was pleaded in coworker's Charge of Discrimination, no questions were asked as a part of the investigation of Plaintiff whether she had a relationship with Mr. Beery.

43. Plaintiff believes that this omission was intentional, that Defendant was well aware of Mr. Beery's mistreatment of her and that no questions were asked in order to conceal this knowledge and fact.

44. In July 2025, having reached a breaking point and fearing retaliation for making any complaint concerning her mistreatment, Plaintiff was forced to resign her position as a form of constructive discharge.

**COUNT ONE**
**VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964,**
**42 U.S.C. § 2000e *et seq.* – GENDER DISCRIMINATION/HOSTILE WORK ENVIROMENT/WRONGFUL TERMINATION/RETALIATION**

44. Plaintiff incorporates herein by reference all of the foregoing paragraphs as though fully set forth below.

45. Based on the foregoing facts, Plaintiff alleges that she was subjected to a sexually hostile work environment amounting to a constructive discharge/termination of her employment and, in the alternative, was subjected to retaliatory treatment, including retaliatory discharge.

WHEREFORE, Plaintiff respectfully seeks all damages permissible under Title VII and any interpreting case law, including but not limited to lost income, lost future income, lost fringe benefits, lost future fringe benefits, and other employment opportunities, and emotional distress.

MESHKOV & BRESLIN

By: *Eleanor M. Breslin*

ELEANOR M. BRESLIN, ESQUIRE
Pa. Attorney I.D. No.: 93914
830 Lehigh Street
Easton, PA 18042
emb@meshkovbreslin.com
(T) 610.438.6300 / (F) 610.438.6304

Dated: 11/23/26